## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| **WEBB, DIANNE KIMBRO** ) | |
| SS #xxx-xx-1947 ) | |
| ) | Case No.   **12-15129-SAH** |
| Debtor. ) | (Chapter 7) |

| | |
|---|---|
| **DIANNE KIMBRO WEBB**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. **13-01004-SAH** |
| ) | |
| **EDUCATIONAL CREDIT** ) | |
| **MANAGEMENT CORPORATION**, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

**COME NOW** the Plaintiff, Dianne Kimbro Webb (*"Plaintiff"*)**,** by and through her counsel of record, Jerri K. Neighbors, Esq., of the firm of ATKINS & MARKOFF; and the Defendant, Educational Credit Management Corporation**,** a non-profit Minnesota corporation (*"ECMC"*), by and through its counsel of record, Mac D. Finlayson, of the firm of ELLER & DETRICH, P.C., they being all parties who have entered an appearance herein, pursuant to *Rule 41(a)(1)(A)(ii), F.R.Civ.P., Tit. 28, U.S.C.*, made applicable herein by *Rule 7041, F.R.Bankr.P.*, who each hereby stipulate to the dismissal of the captioned adversary proceeding without prejudice to the re-filing thereof.

> *s/ Jerri K. Neighbors*
> **JERRI K. NEIGHBORS, OBA #19052**
> ATKINS & MARKOFF
> 9211 Lake Hefner Pkwy., Ste. 104

Oklahoma City, OK 73120  
Telephone: 405.607.8757  
Facsimile: 405.607.8749  
E-mail: jneighbors@atkinsandmarkoff.com

*ATTORNEY FOR PLAINTIFF*

*s/ Mac D. Finlayson*  
**MAC D. FINLAYSON, OBA #2921**  
ELLER & DETRICH, P.C.  
2727 East 21st Street, Ste. 200  
Tulsa, OK 74114-3533  
Telephone: 918.747.8900  
Facsimile: 918.392.9452  
E-mail: mfinlayson@ellerdetrich.com

*ATTORNEY FOR THE DEFENDANT, EDUCATIONAL CREDIT MANAGE-MENT CORPORATION, a non-profit corporation ("ECMC")*

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned certifies on the date signified by the Notice of Electronic Filing accompanying this pleading, and only to the extent the same reflects the following person will not receive electronic notification hereof, he served the following person by causing a true and correct copy of the above and foregoing to be placed in the United States Mail, first class mail with postage duly prepaid thereon, as follows:

Jerri K. Neighbors, Esq.  
ATKINS & MARKOFF  
9211 Lake Hefner Pkwy., Ste. 104  
Oklahoma City, OK 73120

*Attorney for Plaintiff*

*s/ Mac D. Finlayson*  
**Mac D. Finlayson, OBA #2921**